Eugene Y. Turin (IL Bar No. 6317282)
(*pro hac vice*)
eturin@mcgpc.com
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Floor
Chicago, IL 60601
Tel:  (312) 893-7002
Fax: (312) 275-7895

James A. Tabb (CA Bar No. 208188)
jimmy@zaveritabb.com
ZAVERI TABB, APC
402 West Broadway, Suite 1950
San Diego, CA 92101
Tel: (619) 831-6987
Fax: (619) 239-7800

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FIRST CENTURY BANK, N.A., and STORED VALUE CARDS, INC. (d/b/a/ NUMI FINANCIAL),<br><br>Defendant. | Case No. 3:17-cv-00620-MMA-KSC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Anthony Oliver, and Defendants, First Century Bank, N.A. and Stored Value Cards, Inc., that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and is, dismissed with prejudice as to all claims asserted by Plaintiff, and without prejudice as to all claims asserted by the putative class, with each side to bear its own fees and costs.

Dated: July 6, 2018

Respectfully submitted,

By: /s/ Eugene Y. Turin
    Eugene Y. Turin

James A. Tabb (CA Bar No. 208188)
jimmy@zaveritabb.com
ZAVERI TABB, APC
402 West Broadway, Suite 1950
San Diego, CA 92101
Tel: (619) 831-6987
Fax: (619) 239-7800

Eugene Y. Turin (IL Bar No. 6317282)
(*pro hac vice*)
eturin@mcgpc.com
MCUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | Dated:  July 6, 2018 | Respectfully submitted, |
| 2 | | By: /s/ John R. Heisner |
| 3 | |     John R. Heisner |
| 4 | | HEISNER ALVAREZ, APC |
| 5 | | John R. Heisner, SBN 55716 |
|   | | Rafael F. Bonilla, SBN 254677 |
| 6 | | 7825 Fay A venue, Suite 220 |
| 7 | | La Jolla, CA 92037-4270 |
|   | | Telephone: (858) 454-0142 |
| 8 | | Facsimile No.: (858) 454-7858 |

STINSON LEONARD STREET, LLP
George F. Verschelden (*pro hac vice*)
1201 Walnut, Suite 2900
Kansas City, MO 64106
Telephone: (816) 691-3382
Facsimile No.: (816) 412-9344

*Attorneys for Defendants First Century Bank, N.A. and Stored Value Cards, Inc.*