# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER, et al.,,<br><br>                              Plaintiff,<br><br>v.<br><br>FIRST CENTURY BANK, N.A., and STORED VALUE CARDS, INC. (d/b/a NUMI FINANCIAL),<br><br>                              Defendants. | Case No.: 17cv620-MMA (KSC)<br><br>**ORDER DIRECTING CLERK OF COURT TO CLOSE CASE** |

On July 6, 2018, Plaintiff Anthony Oliver filed a Stipulation of Dismissal signed by counsel for both parties, indicating that the parties stipulate to dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), such that the action is dismissed with prejudice as to all claims asserted by Plaintiff, and without prejudice as to all claims asserted by the putative class, with each side to bear its own fees and costs.

Accordingly, the Court **DIRECTS** the Clerk of Court to close the case.

**IT IS SO ORDERED**.

DATE: July 6, 2018

_____
HON. MICHAEL M. ANELLO
United States District Judge